UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERANDA GRICE** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO.** |
| **CAPITAL ONE, NATIONAL ASSOCIATION AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA** | * | **SECTION** |
| | * | **JUDGE** |
| | * | **MAGISTRATE** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, come the defendants, Capital One, National Association and Travelers Property Casualty Company of America, who file this Notice of Removal and request that this cause of action, which is pending in the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana, No. 75319 Div. C, be removed to the United States District Court for the Eastern District of Louisiana, on the basis of diversity of citizenship and the potential that the plaintiff's claim may exceed the threshold amount of $75,000.00.

I.

On March 18, 2020, plaintiff filed her Petition for Damages against Capital One, National Association and Travelers Property Casualty Company of America, as a result of alleged injuries she suffered on April 2, 2019. (*See* Exhibit A: Petition for Damages)

II.

Plaintiff, Eranda Grice, is a citizen of the State of Louisiana. Defendants distinctly and affirmatively allege that Travelers Property Casualty Company of America's place of incorporation is Hartford, Connecticut, and its principal place of business is Hartford, Connecticut. Travelers Property Casualty Company of America is therefore a citizen of the State of Connecticut. Defendants distinctly and affirmatively allege that Capital One Bank USA, mistakenly referred to herein as Capital One, National Association (hereinafter collectively referred to as "Capital One") place of incorporation is Virginia, and its principal place of business is in McLean, Virginia.

III.

Process was served upon Capital One via Louisiana Long-Arm Statute on April 13, 2020. (*See* Exhibit B) Service on Travelers Property Casualty Company of America is pending.

IV.

Plaintiff has alleged in her petition for damages that this accident caused injuries to her neck, back, ankle and legs. On August 9, 2019, Plaintiff had an MRI of her cervical spine that showed a posterior disc herniations at C3-4 and C4-5 resulting in central spinal stenosis. (*See* Exhibit B: MRI results)

V.

On January 15, 2020, Plaintiff's attorney sent a demand letter to Travelers offering to compromise the claim for $200,000. In the same letter, counsel stated that Plaintiff was evaluated by Dr. Eric Royster on November 6, 2019 and Dr. Royster recommended she undergo lumbar facet injections. (*See* Exhibit C: Settlement Demand)

VI

Pursuant to La. Code of Civil Procedure Art. 893, plaintiff is not required, nor is she permitted, to specify in her lawsuit the amount of damages sought. However, based on the allegations in her petition, the settlement demand, her continuing treatment more than a year following this accident, the cervical MRI findings and the recommendation that she undergo lumbar facet injections, defendants submit that plaintiff's claim may exceed the threshold amount of $75,000.00.

VII.

As a result, this Honorable Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 in that the plaintiff and defendants are diverse, and the amount in controversy exceeds $75,000.00.

VIII.

This action is removable pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action brought in a state court on which the district courts of the United States have original and concurrent jurisdiction.

IX.

The Notice of Removal is being filed within thirty (30) days of the Long Arm Service of Plaintiff's Petition for Damages on Capital One on April 13, 2020 in accordance with 28 U.S.C. § 1446(b).

X.

Petitioners will promptly serve written notice of the filing of this Notice of Removal on the plaintiff and a copy of this Notice for Removal will be filed with the Clerk of the 40th Judicial District Court for the Parish of St. John The Baptist, State of Louisiana.

**WHEREFORE**, defendants, Capital One, National Association and Travelers Property Casualty Company of America, pray for removal of the above numbered and entitled cause of action from the 40th Judicial District Court for the Parish of St. John The Baptist, State of Louisiana, to this, United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

/s/Michael R. Zsembik
_____
**MICHAEL R. ZSEMBIK #8691**

| **Mailing Address:** | **Physical Address:** |
|---|---|
| P. O. Box 64093 | 3838 N. Causeway Blvd. |
| St. Paul, MN 55164-0093 | Suite 3160 |
| (O) 504-832-7630, (F) 855-833-4259 | Metairie, LA  70002 |

Email: walllaw1@travelers.com
*Attorney for Capital One, National Association and Travelers Property Casualty Company of America*

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 29th day of April, 2020, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage pre-paid.

    /s/ Michael R. Zsembik
**MICHAEL R. ZSEMBIK**