

**null / ALL**
**Transmittal Number: 21400505**
**Date Processed: 04/13/2020**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Tonya Edwards<br>Capital One Services<br>15000 Capital One Dr<br>Richmond, VA 23238-1119 |

| | |
|---|---|
| **Entity:** | Capital One, National Association<br>Entity ID Number 2431664 |
| **Entity Served:** | Capital One, National Association |
| **Title of Action:** | Eranda Grice vs. Capital One, N.A. |
| **Matter Name/ID:** | Eranda Grice vs. Capital One, N.A. (10181444) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | St. John the Baptist Parish District Court, LA |
| **Case/Reference No:** | 75319 |
| **Jurisdiction Served:** | Virginia |
| **Date Served on CSC:** | 04/13/2020 |
| **Answer or Appearance Due:** | 15 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Jason M. Baer<br>504-372-0111 |

**Exhibit A**

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



**JASON M. BAER**
PARTNER

April 7, 2020

***Via Certified Mail***
***Return Receipt No. 9414 7116 9900 0869 4619 17***
Capital One, National Association
Through its Registered Agent
Corporation Service Company
100 Shockoe Slip, Floor 2
Richmond, VA 23219-4100

Re:     *Eranda Grice v. Capital One, NA*
        Suit No: C-75319, Division C
        40th Judicial District Court, Parish of St. John the Baptist
        Our File No. 001.063

Dear Sir/Madam:

Pursuant to Federal Rules of Civil Procedure, Rule 4, and the Louisiana Long Arm Statute, La. R.S. 13:3201, et seq., we hereby serve upon you a Petition for Damages filed on behalf of Eranda Grice in connection with the above-referenced matter.

Please file an Answer within thirty (30) days of receipt of this Long-Arm Statute Notice.

**If there is an insurance company that provided you with liability insurance at the time of this accident, please forward these documents to their attention.**

With kind regards, I remain

Sincerely,

Jason M. Baer

JMB/sc
Enclosure

3000 KINGMAN STREET
SUITE 200
METAIRIE, LA 70006

O: 504-372-0111
F: 504-372-0151
JBAER@BAERLAWLLC.COM

WWW.BAERLAWLLC.COM



D55578454

# CITATION

ERANDA GRICE                      40TH JUDICIAL DISTRICT COURT

VS                                PARISH OF ST.JOHN THE BAPTIST

CAPITAL ONE, N.A.                 STATE OF LOUISIANA

DOCKET NUMBER: C-75319

To:     **CAPITAL ONE, NATIONAL ASSOCIATION
        THROUGH THE LOUISANA LONG ARM STATUTE
        THROUGH ITS REGISTERED AGENT
        CORPORATION SERVICE COMPANY
        100 SHOCKOE SLIP , FLOOR 2
        RICHMOND , VA 23219-4100**

You are hereby summoned to comply with the demand contained in the Petition of which
a true and correct copy accompanies this citation, or make an appearance either by filing
an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and
for the Parish of St. John the Baptist, State of Louisiana, within fifteen (15) days after the
service hereof, under penalty of default.

This service was ordered by **JOSHUA A. STEIN** and was issued by the Clerk of Court
on the **MARCH 18, 2020**

\* Also attached are the following documents:
**PETITION FOR DAMAGES**

                                        _____
                                        **KIWAUN J. TAYLOR** , A
                                        Deputy Clerk of Court for
                                        Eliana DeFrancesch, Clerk of Court

RECEIVED ON THE _____ DAY OF _____ , 20 ____ AND ON THE _____ DAY OF
_____ , 20 ____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____ .

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS
DOMICILE IN THE PARISH IN THE HANDS OF _____ , A
PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN
SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I
LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT
FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF
_____ , 20 ____ .

SERVICE  $ _____          BY: _____
MILEAGE $ _____                 DEPUTY SHERIFF
TOTAL    $ _____

ORIGINAL – RETURN          COPY – SERVICE          COPY - CLERK

**40TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. JOHN THE BAPTIST**

**STATE OF LOUISIANA**

NO.: 75319                                                          DIVISION: "C"

**ERANDA GRICE**

**VERSUS**

**CAPITAL ONE, NATIONAL ASSOCIATION AND TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA**

Eliana DeFrancesch - Clerk of Court
Filed: Mar 18, 2020 10:55 AM
FILED
                    133766568                                      **DEPUTY CLERK**
**********************************************************************************

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, ERANDA GRICE,

who respectfully submits the following Petition for Damages:

**I.   INTRODUCTION**

1.

This cause of action arises out of an incident that occurred on or about April 3, 2019, in the

Parish of St. John the Baptist, State of Louisiana.

**II.   THE PARTIES**

2.

Made Plaintiff herein is:

ERANDA GRICE ("Ms. Grice"), a person of the full age of the majority and resident of

and domiciled in the Parish of St. John the Baptist, State of Louisiana.

3.

Made Defendants herein are:

CAPITAL ONE, NATIONAL ASSOCIATION (hereinafter, "CAPITAL ONE"), a foreign

business corporation, who upon information and belief was at all times relevant herein the entity

responsible for all aspects of the sprinkler, sprinkler cover, and hole that caused the April 3, 2019,

incident at issue; and

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, (hereinafter,

"TRAVELERS"), a foreign insurance company authorized to do and doing business in the State

I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING
IS A TRUE AND CORRECT COPY OF THE ORIGINAL
ON FILE AND OF RECORD IN MY OFFICE

DEPUTY CLERK OF COURT
PARISH OF ST. JOHN THE BAPTIST, LA
DATE 10                                1

of Louisiana, who upon information and belief was at all times relevant hereto the insurer of DURR and/or DURR II.

## VENUE

4.

Venue in this Court is proper under Louisiana Code of Civil Procedure, Articles 42 and 72, *et seq.* because the wrongful conduct occurred in St. John the Baptist Parish, and Ms. Grice is domiciled in St. John the Baptist Parish.

### III.    JURISDICTION

5.

This Court has personal jurisdiction over CAPITAL ONE pursuant to the Louisiana Long Arm Statute, La. R.S. § 13:3201.

6.

This Court has personal jurisdiction over TRAVELERS pursuant to La. R.S. § 13:3201 because it (1) is a foreign insurer authorized to do business in and regularly transacting business in Louisiana, (2) regularly contracts to supply insurance in Louisiana, and (3) has minimum contacts in Louisiana such that maintenance of this suit will not offend traditional notions of fair play and substantial justice (including purposefully directing its business to those within this state).

### IV.    FACTS OF INCIDENT

7.

On or about April 3, 2019, Ms. Grice was jogging from her car toward the ATM located at Capital One Bank, located at municipal address 105 W. 8th Street, Reserve, Louisiana 70084.

8.

As she walked from her car to the ATM, the plastic lid for an embedded irrigation box (referred to herein as "sprinkler cover") cracked and broke open underneath her, causing her to fall into the hole.

9.

Upon information and belief, CAPITAL ONE is the entity with custody over, and that responsible for, the sprinkler, sprinkler cover, and hole at issue and CAPITAL ONE had notice of the condition of and hazards posed by the sprinkler, sprinkler cover, and hole.

2

10.

As a result of Ms. Grice falling into the hole due to the cracked sprinkler cover, she suffered injury to her neck, back, ankle, and legs.

## V.   FAULT OF CAPITAL ONE, NATIONAL ASSOCIATION

11.

The above described April 3, 2019, incident and the resulting injuries to Ms. Grice were solely and proximately caused through the negligence of the CAPITAL ONE, which negligence includes, but is not limited to, the following actions and/or inaction:

a)  Failure to maintain the sprinkler cover in a safe condition;

b)  Failure to ensure the sprinkler cover was free from vice or defect;

c)  Failure to ensure proper placement of the sprinkler cover;

d)  Failure to warn patrons about the existence sprinkler cover;

e)  Failure to warn patrons of the dangerous condition presented by the sprinkler cover; and

f)  Failure to properly maintain the sprinkler cover.

## VI.   DAMAGES

12.

As a result of said April 3, 2019, incident, Ms. Grice suffered personal and bodily injuries including injuries to her neck, back, ankle, and legs.  All of her damages are serious in nature and require continuing medical care and treatment. The full residual effects are not yet known.

13.

Ms. Grice's injuries and damages were directly caused by the negligent acts and omissions and/or commissions on the part of CAPITAL ONE.

14.

As a result of the incident at issue, Ms. Grice suffered severe physical and mental injuries as well as inconvenience, entitling her to recover damages including, but not limited to:

a)   Past, present, and future mental pain and suffering;

b)   Past, present, and future physical pain and suffering;

c)   Past, present, and future medical expenses;

3

d) Loss of enjoyment of life;

e) Past, present, and future lost wages; and

f) Loss of earning capacity.

WHEREFORE, Plaintiff, ERANDA GRICE, prays that Defendants, CAPITAL ONE, NATIONAL ASSOCIATION and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, be served with a copy of this Petition, and, after being duly cited to appear and respond thereto, and after the expiration of all legal delays, and due proceedings are had, there be judgment in favor of Plaintiff and against Defendants in an amount of damages reasonable and found reasonable at trial, together with legal interest thereon, from the date of judicial demand until paid in full, as well as all costs of these proceedings, and all other general and equitable relief.

Respectfully Submitted,

**BAER LAW, LLC**

BY: _Casey DeReus_

**JASON M. BAER (# 31609)**
**CASEY C. DEREUS (#37096)**
**JOSHUA A. STEIN (# 37885)**
3000 Kingman Street, Suite 200
Metairie, LA 70006
Telephone: (504) 372-0111
Facsimile: (504) 372-0151
Email: cdereus@baerlawllc.com
*Counsel for Plaintiff*

*and*

**MIKE BRANDNER INJURY ATTORNEYS**
MICHAEL S. BRANDNER, JR. (La. Bar 27973)
SCOT P. KOLOSKI (La. Bar 27537)
3621 Veterans Memorial Blvd.
Metairie, LA 70002
Telephone: (504) 345-1111
Facsimile: (504) 636-8194
Email: Mbrandner@mikebrandner.com
Email: Skoloski@mikebrandner.com
*Attorneys for Plaintiff*

SERVICE INFORMATION CONTINUED ON FOLLOWING PAGE

**PLEASE SERVE:**

**CAPITAL ONE, NATIONAL ASSOCIATION**
*Through the Louisiana Long Arm Statute*
*Through Its Registered Agent*
Corporation Service Company
100 Shockoe Slip, Floor 2
Richmond, VA 23219-4100

*and*

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**
*Through Its Registered Agent*
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**40TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. JOHN THE BAPTIST**

**STATE OF LOUISIANA**

NO.: 75319                                                           DIVISION: C

**ERANDA GRICE**

**VERSUS**

Eliana DeFrancesch - Clerk of Court   **CAPITAL ONE, NATIONAL ASSOCIATION**
Filed: Mar 18, 2020  10:55  AM

133766592                                        _____
                                                                 **DEPUTY CLERK**
*****************************************************************************

**REQUEST FOR NOTICE**

In accordance with the provisions of the Louisiana Code of Civil Procedure, you are hereby

requested to give the undersigned, as counsel for Plaintiff, written notice, by mail, ten (10) days in

advance of the date fixed for trial of this case, whether on exceptions, rulings, or the merits thereof.

In accordance with the provisions of the Louisiana Code of Civil Procedure, you are also

requested to send undersigned counsel immediately, notice of any order or judgment made or

rendered in this case, upon entry of such order or judgment.

Respectfully Submitted,

**BAER LAW, LLC**

BY:  _____
**JASON M. BAER (# 31609)**
**CASEY C. DEREUS (#37096)**
**JOSHUA A. STEIN (# 37885)**
3000 Kingman Street, Suite 200
Metairie, LA 70006
Telephone: (504) 372-0111
Facsimile: (504) 372-0151
Email: cdereus@baerlawllc.com
*Counsel for Plaintiff*

PREVIOUSLY FAXED
ON
13 DAY OF _____ 3_____, 20 20
_____
DEPUTY CLERK OF COURT

SIGNATURE BLOCK CONTINUED ON NEXT PAGE

*and*

**MIKE BRANDNER INJURY ATTORNEYS**
MICHAEL S. BRANDNER, JR. (La. Bar 27973)
SCOT P. KOLOSKI (La. Bar 27537)
CRISTIN L. JACOBS (La. Bar 38023)
2000 Clearview Parkway Ste. 100
Metairie, LA. 70001
Telephone: (504) 345-1111
Facsimile: (504) 521-7550
Email: Mbrandner@mikebrandner.com
Email: Skoloski@mikebrandner.com
Email: Cjacobs@mikebrandner.com
*Attorneys for Plaintiff*



CERTIFIED MAIL

$7.200
US POSTAGE
FIRST-CLASS
FROM 70006
04/07/2020
stamps.
endicia

.062S0009565006

9414 7116 9900 0869 4619 17

Capital One, National Association
Corporation Service Company
Through its Registered Agent
100 Shockoe Slip, Floor 2
Richmond, VA 23219-4100

BAER
LAW

000 KINGMAN STREET
ITE 200
ETAIRIE, LA 70006

stamps.com

★ 1-UP Laser Form ★
★ USA CMF - 134 10/18 ★

--CERTIFIED-MAIL--