From Mike Brandner Bryn D 1.504.323.3088 Wed Oct 23 09:56:04 2019 CDT Page 18 of 26

Aug. 12. 2019 2:45PM    DIS Attorney Center    Case 2:20-cv-01297-MLCF-JVM    Document 1-2    Filed 04/29/20    Page 1 of 2    No. 9747    P. 87



## D.I.S. Women's and Advanced Imaging Center

| | |
|---|---|
| **Patient Name:** | ERANDA GRICE |
| **Ref. Physician:** | Dwayne Burch DC |
| Patient ID: DIS169471 | Home Phone: (504) 390-6628 |
| Date of Birth: 04/05/1975 | Page 1 of 2 |
| Date of Service: 08/09/2019 | |

**Exhibit B**

**STUDY**
MRI Cervical Spine s/ Contrast

**CLINICAL INDICATION**
The patient points a fall in April 2019 with subsequent development of neck pain, bilateral shoulder pain, low back pain, and bilateral hip pain.

**COMPARISON**
No relevant imaging examinations are available for review.

**PROCEDURE DETAILS**
Multiplanar multisequence MRI of the cervical spine was performed on a 3.0 Tesla Philips magnet without contrast.

**FINDINGS**
The craniocervical junction is normal. There is anatomic alignment. The paraspinal soft tissue are unremarkable. The heights of the vertebral bodies are preserved. No spondylolisthesis is evident. No fracture or other acute osseous process is evident.

C2-C3: The disc is preserved in height. No gross facet arthrosis is evident. No intervertebral disc abnormality, central canal stenosis, or neural foraminal stenosis is evident. The spinal cord has a normal appearance.

C3-C4: The disc is preserved in height. No gross facet arthrosis is evident. Broad-based posterior disc herniation extends 2-3 mm posterior to the vertebral column, deforms the thecal sac, and results in (10-15%) central spinal stenosis but no neural foraminal stenosis. The spinal cord has a normal appearance.

C4-C5: The disc is preserved in height. No gross facet arthrosis is evident. Broad-based posterior disc herniation extends 2-3 mm posterior to the vertebral column, deforms the thecal sac, and results in (10-15%) central spinal stenosis but no neural foraminal stenosis. The spinal cord has a normal appearance.

**Patient Name:** ERANDA GRICE
**Date of Service:** 08/09/2019

C5-C6, C6-C7, C7-T1, T1-T2, and T2-T3 inclusive: The discs are preserved in height. No gross facet arthrosis is evident. No intervertebral disc abnormality, central canal stenosis, or neural foraminal stenosis is evident. The spinal cord has a normal appearance.

IMPRESSION
1. Posterior disc herniations at C3-C4 and C4-C5 result in (10-15%) central spinal stenosis but no neural foraminal stenosis.

Louis M. Schruff, M.D.
Job #: import_DIS322055
Dictation Date: 08/11/2019

This document has been electronically signed by Louis M. Schruff, M.D. 08/11/2019 at 5:06 PM (CST)

2