

JASON M. BAER
PARTNER

January 15, 2020

<u>Via Email: (JKaschmi@travelers.com)</u>
Jim Kaschmitter
Travelers Property Casualty Company of America
P.O. Box 65093
Dallas, TX 75265



      **Re:**    Our Client: Eranda Grice
                Insured: Capital One Financial Corp
                Claim No.: FLJ4144
                Date of Loss: 4/3/2019

CONFIDENTIAL SETTLEMENT COMMUNICATION

Dear Jim:

      Please be advised that my firm represents Eranda Grice in connection with her claims against your insured arising out of an incident that occurred on April 3, 2019. Our office is co-counseling this matter with *Mike Brandner Injury Attorneys*.

      Ms. Grice hereby submits this demand and the statements contained herein are for settlement purposes only and shall not be considered evidence pursuant to La. C.E. Art. 408.

## LIABILITY

      Liability in this matter is clearly against your insured. On April 3, 2019, Ms. Grice was walking towards an ATM at Capital One Bank in Reserve, LA when a plastic lid for an embedded irrigation box broke beneath her. Ms. Grice sustained injuries in the resulting fall.

## MEDICAL TREATMENT[1]

      Ms. Grice sought emergency medical treatment immediately following the subject incident from Riverside Urgent Care. She was evaluated and underwent x-rays of her left knee and left wrist.

      Ms. Grice followed up with Dwayne Burch, of River Parishes Chirpractic, on April 24, 2019. She was diagnosed with abrasions of both knees and both hands, cervical, lumbar and knee strains/sprains, cervicogenic headache, cervical segmental and somatic dysfunction, right cervical radiculopathy, and lumbosacral dorsopathy, in addition to suffering from muscle spasms.

---

[1] See Eranda Grice's Medical Records, attached *in globo* as Exhibit 1.

3000 KINGMAN STREET
SUITE 200
METAIRIE, LA 70006

O: 504-372-0111
F: 504-372-0151
JBAER@BAERLAWLLC.COM

WWW.BAERLAWLLC.COM



JASON M. BAER
PARTNER

Due to continued pain, Ms. Grice was referred for cervical and lumbar MRIs. Ms. Grice underwent the recommended MRIs on August 9, 2019 at Diagnostic Imaging Services, which revealed that she sustained disc herniations at the C3-4 and C4-5 levels.

On November 6, 2019, Ms. Grice was evaluated by Dr. Eric Royster, of Guardian Care. Dr. Royster recommended she undergo lumbar facet injections, the estimates of which total **$7,350.00**, and is attached for your convenience.[2]

Eranda Grice's medical records have been attached hereto in order to provide a more complete understanding of her treatment.

## SPECIAL DAMAGES

The medical bills incurred to date and in Ms. Grice's possession total **$9,891.00** and are itemized below and attached hereto.[3]

| | | |
|---|---|---|
| 1. | River Parishes Chiropractic | $5,160.00 |
| 2. | Diagnostic Imaging Services | $3,450.00 |
| 3. | Dr. Royster | $ 850.00 |
| 4. | Riverside Urgent Care | $ 431.00 |

## GENERAL DAMAGES

General damages in Louisiana for cervical and back disc injuries comparable to Ms. Grice's range from **$150,000.00 to $195,000.00**. *See Lash-apes v. Progressive*, 51 So. 3d 659 (La. 2010), (awarding plaintiff $195,000 for unoperated disc with injections); *Sheridan v. C.E.C., Inc.*, 08-598 (La. App. 4 Cir. 1/21/09) (awarding plaintiff $150,000.00 for a herniation at L4-5 with about a year of treatment); *Hoyt v. Gray Ins. Co.*, 809 So.2d 1076 (La. App. 4 Cir. 2002) (awarding plaintiff $150,000 for general damages for non-surgical neck and back injuries); *Perez v. State ex rel Crescent City Connection*, 753 So.2d 913 (La. App. 4 Cir. 2000) (awarding plaintiff $150,000 for minimal bulging of cervical and lumbar, chronic cervical strain).

## SETTLEMENT DEMAND

Taking into consideration the clear liability on the part of your insured, the pain and suffering that has been endured by Ms. Grice, the medical bills she has incurred, and the likelihood of future treatment, it is evident that this case has a reasonable settlement value at this time of **$200,000.00**, *inclusive of medical expenses*, for which we hereby demand. This demand shall be automatically revoked in thirty (30) days should we fail to resolve this matter.

---

[2] See injections estimate, attached as Exhibit 2.
[3] See Eranda Grice's Medical Bills, attached *in globo* as Exhibit 3.

3000 KINGMAN STREET
SUITE 200
METAIRIE, LA 70006

O: 504-372-0111
F: 504-372-0151
JBAER@BAERLAWLLC.COM

WWW.BAERLAWLLC.COM



**JASON M. BAER**
PARTNER

Additionally, settlement at this time would allow you to protect your insured from any further exposure to income and assets, and would avoid the needless expense on the part of all parties involved with litigation, as well as negate the possibility of an excess judgment. I trust that a copy of this demand will be sent to your clients.

Should you have any questions regarding our client's claims or the respective enclosures, please contact our office immediately. Otherwise, we look forward to hearing from you regarding this matter within thirty (30) days from the date of this letter.

With kind regards, I remain,

Sincerely,

Jason M. Baer

JMB/dw
Enclosures

3000 KINGMAN STREET
SUITE 200
METAIRIE, LA 70006

O: 504-372-0111
F: 504-372-0151
JBAER@BAERLAWLLC.COM

WWW.BAERLAWLLC.COM